UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    CECIL C. SHAW<br>    ONA D. SHAW<br><br>                              Debtors | CASE NO: 07-31772<br>              (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4020066**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 12 | OSI COLLECTION SERVICES<br>BOX 947<br>BROOKFIELD, WI  53008 | 70.94 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/29/2010

Certificate of Service 07-31772

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

CECIL C. SHAW
ONA D. SHAW
242 COLUMBUS ST.
WILMINGTON, OH  45177

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(16.1n)
CAPITAL ONE AUTO FINANCE
% ASCENSION CAPITAL GROUP
BOX 201347
ARLINGTON, TX  76006

(19.1n)
LISA BETH SINGER
ONE OLD COUNTRY RD  SUITE 200
CARLE PLACE, NY  11514

(12.1)
OSI COLLECTION SERVICES
BOX 947
BROOKFIELD, WI  53008

(12.3)
OSI COLLECTION SERVICES INC
BANKRUPTCY DEPARTMENT
BOX 105127
ATLANTA, GA  30348

(17.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(14.1n)
ROSICKI ROSICKI & ASSOCIATES
51 E BETHPAGE ROAD
PLAINVIEW, NY  11803

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner                           bl